M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

KENNETH ~~WILSON~~ KNIGHT TOLER  )
Full name and prison name of          )
Plaintiff(s)                                        )
                                                       )
                                                       )
v.                                                    )   CIVIL ACTION NO. 3:08-CV-77-MHT
                                                       )   (To be supplied by Clerk of U.S. District
SHERIFF JAY JONES _____       )   Court)
_____  )
_____  )
_____  )
_____  )
_____  )
Name of person(s) who violated your  )
constitutional rights. (List the names  )
of all the person.)                           )

2008 FEB -5 A 9:29

DEBRA P. HACKETT, CL.,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  LEE COUNTY JAIL
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  LEE COUNTY
JAIL

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. JAY JONES              2311 GATEWAY DRIVE
                          OPELIKA, AL. 36801
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  NOVEMBER 23, 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  I WAS SENTENCED TO 15 YEARS WHEN MY PROBATION WAS VIOLATED ON OCT. 23, 07 AND

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

SENTENCED TO ALABAMA DEPARTMENT OF CORRECTION. I WAS INITIALLY SENTENCE ON MARCH 28, 2005 IN WHICH I RECIEVE A 15 SPLIT 1 YEAR SENTENCE. MY AIS# IS 191089 AND I'M BEING TOLD BY LEE COUNTY JAIL OFFICIALS THAT MY PAPER WORK HAS BEEN REJECTED BY D.O.C.

GROUND TWO: I'VE BEEN IN LEE COUNTY JAIL JUNE 1, 2007 AND WAS VIOLATED ON TECHINAL VIOLATION ON OCT. 23, 07.

SUPPORTING FACTS: LEE COUNTY JAIL LOG BOOKS AND COMPUTERS. ALSO THE LEE COUNTY CIRCUIT CLERK OFFICE HAVE ANY OTHER INFORMATION THAT YOU MAY NEED ON MY COURT CASE INVOLVEMENT.

GROUND THREE: I'M BEING HELD BACK FROM A TREMENDOUS OPPORTUNITY TO TRANSFORM MY LIFE AND ATTITUDE TOWARD SOCIETY.

SUPPORTING FACTS: LEE COUNTY JAIL DO NOT OFFER EDUCATION TO INMATES OF MY STATUS. ALSO I'M NOT ALLOWED TO WORK AND GET PROPER EXERCISE DUE TO THE CORRUPTION IN THE LEE COUNTY JAIL.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WOULD LIKE TO BE TRANSFERED TO THE ALABAMA DEPARTMENT OF CORRECTIONS AS SOON AS POSSIBLE.

*Kenneth Foley*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01-30-08
        (Date)

*Kenneth Foley*
Signature of plaintiff(s)

Kenneth W. Toler
P.O. Box 907
Opelika, AL. 36801

CIRCUIT CLERK
UNITED STATES MIDDLE
DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101

