IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH KNIGHT TOLER, #191089  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 3:08-CV-77-MHT |
| ) | [WO] |
| ) | |
| SHERIFF JAY JONES,  ) | |
| ) | |
| Defendant.  ) | |

**ORDER**

The magistrate judge filed a recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED that:

(1) The recommendation (Doc. #4) of the magistrate judge is adopted.

(2) This case is dismissed with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

(3) Costs are taxed against plaintiff, for which execution may issue.

DONE, this the 7th day of March, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE